# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA<br>☒ EEOC | 440-2023-08081 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Emma Tinerella | | |

Street Address — City, State and ZIP Code

Street Address: c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
Email Address: (employment@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Capri of Downers Grove | 15+ | |

Street Address: 5101 Main Street
City, State and ZIP Code: Downers Grove, IL 60515
Email Address: Unknown

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | 15+ | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify below.) Sexual Harassment

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 4/16/2023    Latest: 4/22/2023
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Emma Tinerella (female), was hired at Capri of Downers Grove as a server on or around April 16, 2023 until I was unlawfully constructively terminated on or around April 22, 2023 on the basis of my sex (female) and for opposing sexual harassment.

The following is a non-exhaustive list of incidents of the sex discrimination, sexual harassment, and retaliation I was subjected to:

Beginning on April 16, 2023, the Employer's owner, Brian Green (male), subjected me to terms and conditions of employment than other similarly situated employees outside of my protected class (non-female individuals).

Mr. Green would make sexually charged comments towards me, including asking me if I was married to which I would respond, "No." While I tried to rebuff his advances, he would continue to ask me about my marital status, asking why I wasn't married. I would reply that it wasn't his business or tell him that I was uncomfortable, but he just laughed off my concerns.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

07 / 07 / 2023
Date — Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Doc ID: 64adce35e37a48b0bb46704f0c4832a52f049489

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

In or around that same time period, Mr. Green would oogle me and make comments about my physical appearance on account of my sex, female. At one point, Mr. Green was looking at my buttocks and told me, "You have hair on your butt," making me extremely uncomfortable and humiliated that this was happening to me at my place of work. Then, he told me that he would "clean it off for me," referring to my buttocks.

I felt trapped in my employment situation because I was being targeted on account of my sex by the Employer's owner. The working environment became so unbearable that on or around April 22, 2023, I was constructively discharged as a result of the sexual harassment and disparate treatment I had endured.

Because of my constructive discharge, the Employer now refuses to pay my wages owed in retaliation for engaging in protected activity.

Thus, I have been discriminated against on the basis of my sex (female), but I also was subjected to sexual harassment and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and (775 ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

07 / 07 / 2023
Date — Charging Party Signature

NOTARY — *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 64adce35e37a48b0bb46704f0c4832a52f049489